LOUIS HOFFMAN & SONS METAL CO., A NEW JERSEY CORPORATION v. MIDLANTIC BANKS, INC., A BANK HOLDING CORPORATION.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALD WATTS.

December 19, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. BELTON BRIMS.

December 19, 1984.

Petition for certification denied.

IFA INSURANCE COMPANY v. NEW JERSEY DEPARTMENT OF INSURANCE, AND THE NEW JERSEY AUTOMOBILE FULL INSURANCE UNDERWRITING ASSOCIATION.

December 19, 1984.

Petition for certification denied.   (See 195 *N.J.Super.* 200)